NO. 07-11-0126-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MAY 16, 2011
_____

IN RE RICHARD DEWAYNE SNELSON, RELATOR
_____

ORIGINAL PROCEEDING ARISING OUT OF PROCEEDINGS
BEFORE THE 181ST DISTRICT COURT OF RANDALL COUNTY;
NO. 16,447-B; HONORABLE JOHN B. BOARD, JUDGE PRESIDING
_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Relator, Richard Dewayne Snelson, proceeding *pro se* and *in forma pauperis* files this original proceeding seeking to compel the Honorable John B. Board to enter a ruling on motions filed challenging an *Order to Withdraw Inmate Funds* signed on February 25, 2010, authorizing funds to be withdrawn from Relator's inmate account to satisfy $2,228.50 for court cost, fines and fees.[1] On March 21, 2011, the trial court entered a ruling on Relator's challenges and signed an *Amended Order to Withdraw Funds*. Judge Board has performed his ministerial duty to rule on the pending motion.

_____
[1]Snelson filed a motion to rescind the order of February 25, 2010, and then appealed the partial denial of that motion. By an opinion issued today, this Court disposed of that appeal. *See Snelson v. State*, No. 07-10-0259-CV, 2011 Tex. App. LEXIS __ (Tex.App.--Amarillo 2010, no pet. h.).

*See Safety-Kleen Corp. v. Garcia*, 945 S.W.2d 268, 269 (Tex.App.--San Antonio 1997, orig. proceeding).   A particular ruling, however, is generally discretionary.   *In re Washington*, No. 09-07-0246-CV, 2007 Tex. App. LEXIS 6449, at *2 (Tex.App.--Beaumont Aug. 16, 2007, orig. proceeding).   Consequently, Relator's request for mandamus relief is rendered moot.


Patrick A. Pirtle
Justice

2